UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                  ORDER
v.                  09-CR-349A

DAVID HOWARD,

       Defendant.

---

    The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On November 9, 2012, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion to suppress evidence be denied.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to suppress evidence is denied.

    The case is referred back to Magistrate Judge Schroeder for further proceedings.

    SO ORDERED.

                  *s/ Richard J. Arcara*
                  HONORABLE RICHARD J. ARCARA
                  UNITED STATES DISTRICT JUDGE

DATED: November 28, 2012